# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Clara T. Billingsley, | Civil Action No.: 5:16-cv-740 |
| Plaintiff, | |
| v. | |
| USAA Savings Bank, | **COMPLAINT** |
| Defendant. | |

For this Complaint, Plaintiff, Clara T Billingsley, by undersigned counsel, states as follows:

## **JURISDICTION**

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## **PARTIES**

3. Plaintiff, Clara T. Billingsley ("Plaintiff"), is an adult individual residing in Pleasant Grove, Alabama, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, USAA Savings Bank ("USAA"), is a Texas business entity with an address of 9800 Fredericksburg Road, San Antonio, Texas 78288, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. In 2015, USAA began calling Plaintiff's cellular telephone, number 205-xxx-4706, using an automatic telephone dialing system ("ATDS") and using an artificial or prerecorded voice.

6. When she answered calls from USAA, Plaintiff heard a prerecorded message that stated the call was for Plaintiff's husband.

7. In or around December 2015, Plaintiff spoke with a USAA representative and demanded that all calls to her cellular telephone number cease.

8. The representative told Plaintiff that her cellular telephone number would be removed from her husband's account.

9. Nevertheless, USAA continued to place automated calls to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, et seq.

10. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. At all times mentioned herein years, Defendant called Plaintiff's cellular telephone number using an ATDS or predictive dialer and/or using a prerecorded or artificial voice.

12. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

13. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

14. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15. Defendant continued to place automated calls to Plaintiff's cellular telephone despite knowing that it lacked consent to do so. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

16. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: July 21, 2016

                                              Respectfully submitted,

                                              By: __/s/ Sergei Lemberg_____

                                              Sergei Lemberg, *Attorney-in-Charge*
                                              Connecticut Bar No. 425027
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road, 3rd Floor

Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: slemberg@lemberglaw.com
Attorneys for Plaintiff