# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Clara T. Billingsley, <br><br> Plaintiff, <br><br> v. <br><br> USAA Savings Bank, <br><br> Defendant. | Civil Action No.: 5:16-cv-00740-XR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Clara T. Billingsley

   /s/ Sergei Lemberg

Sergei Lemberg, *Attorney-in-Charge*
Connecticut Bar No. 425027
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorney for Plaintiff*

USAA Savings Bank

   /s/ David M. Krueger

David M. Krueger, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (646) 798-8901

Theodore C. Schultz, Esq.
Lindow Stephens Treat LLP
One Riverwalk Place
700 N. St Mary's Street, Suite 1700
San Antonio, TX 78205
Telephone: (210) 227-2200

*Attorneys for Defendant*

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By __/s/ Sergei Lemberg_____

                                                  Sergei Lemberg